UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　No. **4:22CR200 DDN**
　　　　　　　　　　　　　　　　　　　)
CODY JOHNSON,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　　　　)

## **INFORMATION**

The Grand Jury charges that:

On or about May 3, 2021, in the County of St. Louis, within the Eastern District of

Missouri,

**CODY JOHNSON,**

the Defendant herein, having taken charge of mail, did knowingly and voluntarily quit or desert

the mail before he delivered it into the post office or to an employee in the Postal Service

authorized to receive the mail at the termination of the route.

In violation of Title 18, United States Code, Section 1700.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SAYLER A. FLEMING
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　 *s/Linda Lane*
　　　　　　　　　　　　　　　　　　LINDA LANE, # 0011451IA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　111 South 10th Street, Room 20.333
　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Linda Lane, Assistant United States Attorney for the Eastern District of Missouri, being

duly sworn, do say that the foregoing information is true as I verily believe.

        *s/Linda Lane*
        LINDA LANE, # 0011451IA

Subscribed and sworn to before me this 13th day of April 2022.

    /s/ Gregory J. Linhares
        CLERK, U.S. DISTRICT COURT

By:   /s/ David L. Braun
          DEPUTY CLERK